**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Juan Antigua                              CHAPTER 13

Debtor(s)

BKY. NO. 22-10023 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of GSAA Home Equity Trust 2006-1, Asset-Backed Certificates Series 2006-1, U.S. Bank National Association, as Trustee and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  /s/ Rebecca Solarz
                                                  Rebecca Solarz
                                                  02 Feb 2022, 11:10:18, EST

                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322