| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XYQ | 000642 | 500001 | | 0000050058 | 055 1 |

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

## Earnings Statement

ADP

Period Beginning: 01/16/2022
Period Ending: 01/29/2022
Pay Date: 02/04/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON  PA  18067

### Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 80.00 | 2,000.00 | 6,000.00 |
| Peg Pay | | | 150.00 | 150.00 |
| Spiffs | | | 50.00 | 50.00 |
| MnthEndBns | | | | 9,352.00 |
| **Gross Pay** | | | **$2,200.00** | **15,552.00** |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -97.15 | 1,458.00 |
| Social Security Tax | -130.36 | 944.69 |
| Medicare Tax | -30.49 | 220.94 |
| PA State Income Tax | -64.55 | 467.78 |
| Allen Twp Income Tax | -25.23 | 182.83 |
| Lower Macun Local Svc Tax | -2.00 | 6.00 |
| PA SUI Tax | -1.32 | 9.33 |

**Other**

| | this period | year to date |
|---|---|---|
| Health Ins | -97.48* | 292.44 |
| Spiffs AR | -50.00 | 50.00 |
| 401K | -88.00* | 622.08 |
| Dental Ins | | 22.64 |

| **Net Pay** | **$1,613.42** | |
|---|---|---|
| Checking 1 | -1,613.42 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,014.52

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,200.00 | 15,552.00 |
| 401K Er Match | 44.00 | 311.04 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH #: 215-536-8700  X 4626

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

\* Excluded from federal taxable wages

© 2000 ADP, LLC

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number: 00000050058
Pay date: 02/04/2022

Deposited to the account of
JOHN ANTIGUA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | xxxx xxxx | $1,613.42 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.    FILE    DEPT    CLOCK   VCHR. NO   055
XYQ    000642  500001          0000050059  2
```

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

**Earnings Statement**    ADP

Period Beginning: 01/16/2022
Period Ending:    01/29/2022
Pay Date:         02/04/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

### Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| MnthEndBns | | | | 17,783.00 |
| Regular | | | 8,431.00 | 6,000.00 |
| Peg Pay | | | | 150.00 |
| Spiffs | | | | 50.00 |
| **Gross Pay** | | | **$8,431.00** | 23,983.00 |

Your federal taxable wages this period are $8,093.76

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -1,011.30 | 2,469.30 |
| Social Security Tax | -522.72 | 1,467.41 |
| Medicare Tax | -122.24 | 343.18 |
| PA State Income Tax | -258.83 | 726.61 |
| Allen Twp Income Tax | -101.17 | 284.00 |
| PA SUI Tax | -5.06 | 14.39 |
| Lower Macung Local Svc Tax | | 6.00 |

**Other**

| | this period | year to date |
|---|---|---|
| 401K | -337.24* | 959.32 |
| Dental Ins | | 22.64 |
| Health Ins | | 292.44 |
| Spiffs AR | | 50.00 |

| | |
|---|---|
| **Net Pay** | **$6,072.44** |
| Checking 1 | -6,072.44 |
| Net Check | $0.00 |

Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 8,431.00 | 23,983.00 |
| 401K Er Match | 168.62 | 479.66 |

**Important Notes**
COMPANY PH # 215-536-8700 X 4628

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances
  PA: N/A

* Excluded from federal taxable wages

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number: 00000050059
Pay date: 02/04/2022

**THIS IS NOT A CHECK**

Deposited to the account of
JOHN ANTIGUA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | xxxx xxxx | $6,072.44 |

**NON-NEGOTIABLE**

```
CO    FILE    DEPT    CLOCK   VCHR NO   055
XYQ   000642  5C0C01          0000030043  1
```

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

**Earnings Statement**  ADP

Period Beginning: 01/02/2022
Period Ending: 01/15/2022
Pay Date: 01/21/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

### Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 80.00 | 2,000.00 | 4,000.00 |
| MnthEndBns | | | | 9,352.00 |
| **Gross Pay** | | | **$2,000.00** | 13,352.00 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -72.75 | 1,360.85 |
| Social Security Tax | -117.25 | 814.33 |
| Medicare Tax | -27.42 | 190.45 |
| PA State Income Tax | -58.06 | 403.23 |
| Allen Twp Income Tax | -22.69 | 157.60 |
| Lower Macung Local Svc Tax | -2.00 | 4.00 |
| PA SUI Tax | -1.20 | 8.01 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental Ins | -11.32* | 22.64 |
| Health Ins | -97.48* | 194.96 |
| 401K | -80.00* | 534.08 |

| | |
|---|---|
| **Net Pay** | **$1,509.83** |
| Checking 1 | -1,509.83 |
| **Net Check** | **$0.00** |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,000.00 | 13,352.00 |
| 401K Er Match | 40.00 | 267.04 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH #: 215-536-8700  X 4628

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,811.20

---

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number: 00000030043
Pay date: 01/21/2022

Deposited to the account of
JOHN ANTIGUA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | xxxx xxxx | $1,509.83 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| XYQ | 000642 | 500001 | | 0000010058 | 2 |

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

**Earnings Statement**   ADP

Period Beginning:  12/19/2021
Period Ending:     01/01/2022
Pay Date:          01/07/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| MnthEndBns | | | 9,352.00 | 9,352.00 |
| Regular | | | | 2,000.00 |
| **Gross Pay** | | | **$9,352.00** | 11,352.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 9,352.00 | 11,352.00 |
| 401K Er Match | 187.04 | 227.04 |

**Important Notes**
COMPANY PH #: 215-536-8700  X 4626

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,215.35 | 1,288.10 |
| | Social Security Tax | -579.83 | 697.08 |
| | Medicare Tax | -135.61 | 163.03 |
| | PA State Income Tax | -287.11 | 345.17 |
| | Allen Twp Income Tax | -112.22 | 134.91 |
| | PA SUI Tax | -5.61 | 6.81 |
| | Lower Macung Local Svc Tax | | 2.00 |
| | Other | | |
| | 401K | -374.08* | 454.08 |
| | Dental Ins | | 11.32 |
| | Health Ins | | 97.48 |
| | **Net Pay** | **$6,642.19** | |
| | Checking 1 | -6,642.19 | |
| | **Net Check** | **$0.00** | |

Additional Tax Withholding Information
Taxable Marital Status:
  PA          Single
Exemptions/Allowances:
  PA          N/A

* Excluded from federal taxable wages

Your federal taxable wages this period are $8,977.92

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number:  00000010058
Pay date:       01/07/2022

Deposited to the account of
JOHN ANTIGUA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | XXXX XXXX | $6,642.19 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO | 055 |
|---|---|---|---|---|---|
| XYQ | 000642 | 500001 | | 0000010057 | 1 |

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

## Earnings Statement  ADP

Period Beginning: 12/19/2021
Period Ending: 01/01/2022
Pay Date: 01/07/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

### Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 80.00 | 2,000.00 | 2,000.00 |
| Holiday | | 24.00 | | |
| **Gross Pay** | | | **$2,000.00** | 2,000.00 |

### Deductions

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -72.75 | 72.75 |
| Social Security Tax | -117.25 | 117.25 |
| Medicare Tax | -27.42 | 27.42 |
| PA State Income Tax | -58.06 | 58.06 |
| Allen Twp Income Tax | -22.69 | 22.69 |
| Lower Macung Local Svc Tax | -2.00 | 2.00 |
| PA SUI Tax | -1.20 | 1.20 |

**Other**
| | | |
|---|---|---|
| Dental Ins | -11.32* | 11.32 |
| Health Ins | -97.48* | 97.48 |
| 401K | -80.00* | 80.00 |

| **Net Pay** | **$1,509.83** |
|---|---|
| Checking 1 | -1,509.83 |
| **Net Check** | **$0.00** |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,000.00 | 2,000.00 |
| 401K Er Match | 40.00 | 40.00 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH # 215-536-8700 X 4628

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA: N/A

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,811.20

---

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number: 00000010057
Pay date: 01/07/2022

Deposited to the account of
JOHN ANTIGUA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | xxxx xxxx | $1,509.83 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| XYQ | 000642 | 500001 | | 0000510046 | 1 |

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

## Earnings Statement  ADP

Period Beginning: 12/05/2021
Period Ending: 12/18/2021
Pay Date: 12/23/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

### Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 80.00 | 2,000.00 | 18,000.00 |
| Peg Pay | | | 150.00 | 150.00 |
| Spiffs | | | 50.00 | 500.00 |
| Vacation | | 8.00 | | |
| Breakfast Bash | | | | 1,900.00 |
| MnthEndBns | | | | 25,248.00 |
| **Gross Pay** | | | **$2,280.00** | 45,798.00 |

Your federal taxable wages this period are $2,003.20

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Hlth Plan Value | 929.64 | 929.64 |
| Max Elig/Comp | 2,200.00 | 45,798.00 |
| 401K Er Match | 44.00 | 790.96 |
| Totl Hrs Worked | 80.00 | |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -97.88 | 3,967.50 |
| Social Security Tax | -129.65 | 2,812.49 |
| Medicare Tax | -30.32 | 657.76 |
| PA State Income Tax | -64.20 | 1,392.66 |
| Allen Twp Income Tax | -25.09 | 544.33 |
| Lower Macung Local Svc Tax | -2.00 | 18.00 |
| PA SUI Tax | -1.32 | 27.48 |

**Important Notes**
COMPANY PH # 215-536-8700 X 4826

BASIS OF PAY: SALARY

### Additional Tax Withholding Information

Taxable Marital Status:
  PA    Single
Exemptions/Allowances:
  PA    N/A

**Other**

| | this period | year to date |
|---|---|---|
| Dental Ins | -11.32* | 45.28 |
| Health Ins | -97.48* | 389.92 |
| Spiffs AR | -50.00 | 500.00 |
| 401K | -88.00* | 1,581.92 |

| Net Pay | $1,602.74 |
|---|---|
| Checking 1 | -1,602.74 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number: 00000510046
Pay date: 12/23/2021

Deposited to the account of
JOHN ANTIGUA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | xxxx xxxx | $1,602.74 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 000 |
|-----|------|-------|-------|-----------|-----|
| XYQ | 000642 | 900001 |  | 0000490057 | 1 |

**Earnings Statement**  ADP

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Period Beginning: 11/21/2021
Period Ending: 12/04/2021
Pay Date: 12/10/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 2000.00 | 80.00 | 2,000.00 | 16,000.00 |
| Holiday |  | 0.00 |  |  |
| Breakfast Rush |  |  |  | 1,900.00 |
| UnchEndBns |  |  |  | 16,511.00 |
| Spiffs |  |  |  | 450.00 |
| **Gross Pay** |  |  | **$2,000.00** | **34,861.00** |

Your federal taxable wages this period are
$1,911.20

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,000.00 | 34,861.00 |
| 401K Er Match | 40.00 | 572.22 |
| Tot Hrs Worked | 80.00 |  |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -74.84 | 2,772.53 |
| | Social Security Tax | -117.26 | 2,141.15 |
| | Medicare Tax | -27.42 | 500.75 |
| | PA State Income Tax | -58.06 | 1,060.23 |
| | Allen Twp Income Tax | -22.69 | 414.40 |
| | Lower Macung Local Svc Tax | -2.00 | 16.00 |
| | PA SUI Tax | -1.20 | 20.92 |
| Other | | | |
| | Dental Ins | -11.32* | 33.96 |
| | Health Ins | -97.45* | 292.44 |
| | 401K | -80.00* | 1,144.44 |
| | Spiffs AR |  | 450.00 |
| **Net Pay** | | **$1,507.73** | |
| Checking 1 | | -1,507.73 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
COMPANY PH # 215-336-8700 X 4628

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA     Single
Exemptions/Allowances:
PA     N/A

* Excluded from federal taxable wages

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Deposited to the account of
JOHN ANTIGUA

Advice number: 00000490057
Pay date: 12/10/2021

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | xxxx xxxx | $1,507.73 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| XYQ | 000542 | 500001 |  | 0000490058 | 2 |

**Earnings Statement** — ADP

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Period Beginning: 11/21/2021
Period Ending: 12/04/2021
Pay Date: 12/10/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| MnthEndBns |  |  | 8,737.00 | 25,248.00 |
| Regular |  |  |  | 16,000.00 |
| Breakfast Bash |  |  |  | 1,900.00 |
| Spiffs |  |  |  | 450.00 |
| **Gross Pay** |  |  | **$8,737.00** | **43,598.00** |

Your federal taxable wages this period are $8,367.52

| Deductions | Statutory | | |
|---|---|---|---|
| Federal Income Tax | -1,087.09 | 3,869.62 |
| Social Security Tax | -541.69 | 2,682.84 |
| Medicare Tax | -126.69 | 627.44 |
| PA State Income Tax | -268.23 | 1,328.46 |
| Allen Twp Income Tax | -104.84 | 519.24 |
| PA SUI Tax | -5.24 | 26.16 |
| Lower Macung Local Svc Tax |  | 16.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 8,737.00 | 43,598.00 |
| 401K Er Match | 174.74 | 746.96 |

**Important Notes**
COMPANY PH # 215-536-8700 X 4628

BASIS OF PAY: SALARY

| Other | | |
|---|---|---|
| 401K | -349.48* | 1,493.92 |
| Dental Ins |  | 33.96 |
| Health Ins |  | 292.44 |
| Spiffs AR |  | 450.00 |
| **Net Pay** | **$6,243.74** |  |
| Checking 1 | -6,243.74 |  |
| **Net Check** | **$0.00** |  |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA    Single
Exemptions/Allowances:
  PA    N/A

* Excluded from federal taxable wages

---

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number: 00000490058
Pay date: 12/10/2021

Deposited to the account of
JOHN ANTIGUA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | xxxx xxxx | $6,243.74 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** — ADP

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XYQ | 000542 | 500001 | | 0000470045 | 1 |

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Period Beginning: 11/07/2021
Period Ending: 11/20/2021
Pay Date: 11/26/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 80.00 | 2,000.00 | 14,000.00 |
| Spiffs | | | 100.00 | 450.00 |
| Breakfast Bash | | | | 1,900.00 |
| MnthEndBns | | | | 16,511.00 |
| **Gross Pay** | | | **$2,100.00** | **32,861.00** |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -86.36 | 2,697.69 | |
| | Social Security Tax | -123.45 | 2,023.89 | |
| | Medicare Tax | -28.87 | 473.33 | |
| | PA State Income Tax | -61.13 | 1,002.17 | |
| | Allen Twp Income Tax | -23.88 | 381.71 | |
| | Lower Macung Local Svc Tax | -2.00 | 14.00 | |
| | PA SUI Tax | -1.26 | 19.72 | |

| Other | | | |
|---|---|---|---|
| Dental Ins | -11.32* | 22.64 | |
| Health Ins | -97.46* | 194.96 | |
| Spiffs AR | -100.00 | 450.00 | |
| 401K | -84.00* | 1,064.44 | |
| **Net Pay** | **$1,480.24** | | |
| Checking 1 | -1,480.24 | | |
| **Net Check** | **$0.00** | | |

Your federal taxable wages this period are $1,907.20

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,100.00 | 32,861.00 |
| 401K Er Match | 42.00 | 532.22 |
| Tot Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH # 215-536-8700 X 4628

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Single
Exemptions/Allowances:
 PA: N/A

* Excluded from federal taxable wages

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number: 00000470045
Pay date: 11/26/2021

Deposited to the account of
JOHN ANTIGUA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | xxxx xxxx | $1,480.24 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO    FILE    DEPT    CLOCK   VCHR NO   055
XYQ   000842  500001          0000450065  1
```

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

# Earnings Statement    ADP

Period Beginning:  10/24/2021
Period Ending:     11/06/2021
Pay Date:          11/12/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances
    Federal Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 80.00 | 2,000.00 | 12,000.00 |
| MnthEndBns | | | | 9,886.00 |
| Spiffs | | | | 350.00 |
| **Gross Pay** | | | **$2,000.00** | 22,236.00 |

Your federal taxable wages this period are
$1,811.20

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,000.00 | 22,236.00 |
| 401K Er Match | 40.00 | 319.72 |
| Totl Hrs Worked | 80.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -74.84 | 1,963.17 |
| | Social Secuity Tax | -117.26 | 1,371.89 |
| | Medicare Tax | -27.42 | 320.84 |
| | PA State Income Tax | -58.06 | 679.32 |
| | Allen Twp Income Tax | -22.69 | 265.52 |
| | Lower Macung Local Svc Tax | -2.00 | 12.00 |
| | PA SUI Tax | -1.20 | 13.34 |
| **Other** | | | |
| | Dental Ins | -11.32* | 11.32 |
| | Health Ins | -97.48* | 97.48 |
| | 401K | -80.00* | 639.44 |
| | Spiffs AR | | 350.00 |
| **Net Pay** | | **$1,507.73** | |
| Checking 1 | | -1,507.73 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
COMPANY PH # 215-536-8700 X 4828

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA        Single
Exemptions/Allowances:
PA        N/A

* Excluded from federal taxable wages

©2000 ADP LLC

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number:  00000450065
Pay date:       11/12/2021

Deposited to the account of    account number    transit ABA    amount
JOHN ANTIGUA                   xxxxxx2433        xxxx xxxx      $1,507.73

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| XYQ | 000642 | 500001 | | 0000450066 | 2 |

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

# Earnings Statement    ADP

Period Beginning:    10/24/2021
Period Ending:    11/06/2021
Pay Date:    11/12/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances
   Federal Standard Withholding Table

JOHN ANTIGUA
105 WALKER DR
NORTHAMPTON PA 18067

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Breakfast Bash | | | 1,900.00 | 1,900.00 |
| MnthEndBns | | | 6,625.00 | 16,511.00 |
| Regular | | | | 12,000.00 |
| Spiffs | | | | 350.00 |
| **Gross Pay** | | | **$8,525.00** | **30,761.00** |

Your federal taxable wages this period are $8,184.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 8,525.00 | 30,761.00 |
| 401K Er Match | 170.50 | 490.22 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -648.16 | 2,611.33 |
| | Social Security Tax | -528.55 | 1,900.44 |
| | Medicare Tax | -123.62 | 444.46 |
| | PA State Income Tax | -261.72 | 941.04 |
| | Allen Twp Income Tax | -102.30 | 367.82 |
| | PA SUI Tax | -5.12 | 18.46 |
| | Lower Macung Local Svc Tax | | 12.00 |
| | **Other** | | |
| | 401K | -341.00* | 980.44 |
| | Dental Ins | | 11.32 |
| | Health Ins | | 97.48 |
| | Spiffs AR | | 350.00 |
| | **Net Pay** | **$6,514.53** | |
| | Checking 1 | -6,514.53 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH #: 215-536-8700 X 4626

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA    Single
Exemptions/Allowances:
  PA    N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

CIOCCA SUBARU
4611 HAMILTON BLVD
ALLENTOWN, PA 18103

Advice number:    00000450066
Pay date:    11/12/2021

Deposited to the account of
JOHN ANTIGUA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx2433 | xxxx xxxx | $6,514.53 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**