| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 039 |
|---|---|---|---|---|---|
| QJJ | 001118 | 000041 | | 0000050067 | 1 |

SEQ 000184
SUBURBAN EMERGENCY MEDICAL SERVICES
PO BOX 3339
PALMER, PA 18043-3339

**Earnings Statement**  ADP

| | |
|---|---|
| Period Beginning: | 01/16/2022 |
| Period Ending: | 01/29/2022 |
| Pay Date: | 02/04/2022 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table, $20 Extra Withholding

JUAN ANTIGUA
105 WALKER DRIVE
NORTHAMPTON PA 18067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 50.25 | 854.25 | 3,068.50 |
| Overtime | 25.5000 | 12.75 | 325.13 | 1,313.26 |
| Sick | 17.0000 | 40.00 | 680.00 | 680.00 |
| Holiday | | | | 340.00 |
| Vacation | | | | 510.00 |
| **Gross Pay** | | | **$1,859.38** | 5,911.76 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,762.51

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,859.38 | |
| 401K Er Match | 74.38 | 236.48 |
| 401K Hours | 103.00 | |
| Totl Hrs Worked | 63.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:                Married
Exemptions/Allowances:
   PA:                N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.64 | 331.08 |
| | Social Security Tax | -111.58 | 355.43 |
| | Medicare Tax | -26.09 | 83.12 |
| | PA State Income Tax | -55.25 | 176.00 |
| | Allen Twp Income Tax | -21.60 | 68.80 |
| | Palmer Twp Local Svc Tax | -2.00 | 6.00 |
| | PA SUI Tax | -1.12 | 3.55 |
| | **Other** | | |
| | Dental | -13.98* | 41.94 |
| | Medical | -43.36* | 130.08 |
| | Roth 401K Ee | -92.97 | 295.60 |
| | Vision | -2.34* | 7.02 |
| | 401K Ee | -37.19* | 118.24 |
| | 401K Loan Paym | -48.20 | 144.60 |
| **Net Pay** | | **$1,307.06** | |
| Checking 1 | | -1,307.06 | |
| **Net Check** | | **$0.00** | |

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 000 |
|---|---|---|---|---|---|
| OJJ | 001118 | 000041 | | 0000030068 | 1 |

SEQ 000154
SUBURBAN EMERGENCY MEDICAL SERVICES
PO BOX 3339
PALMER, PA 18043-3339

# Earnings Statement  ADP

Period Beginning: 01/02/2022
Period Ending: 01/15/2022
Pay Date: 01/21/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table,$20 Extra Withholding

JUAN ANTIGUA
105 WALKER DRIVE
NORTHAMPTON PA 18067

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | 2,214.25 |
| Overtime | 25.5000 | 37.50 | 956.25 | 988.13 |
| Holiday | | | | 340.00 |
| Vacation | | | | 510.00 |
| **Gross Pay** | | | **$2,316.25** | 4,052.38 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -149.88 | 234.44 |
| Social Security Tax | -139.91 | 243.85 |
| Medicare Tax | -32.72 | 57.03 |
| PA State Income Tax | -69.26 | 120.75 |
| Allen Twp Income Tax | -27.08 | 47.20 |
| Palmer Twp Local Svc Tax | -2.00 | 4.00 |
| PA SUI Tax | -1.39 | 2.43 |

**Other**

| | | |
|---|---|---|
| Dental | -13.98* | 27.96 |
| Medical | -43.36* | 86.72 |
| Roth 401K Ee | -115.82 | 202.63 |
| Vision | -2.34* | 4.68 |
| 401K Ee | -46.33* | 81.05 |
| 401K Loan Paym | -48.20 | 96.40 |

| Net Pay | $1,623.96 |
|---|---|
| Checking 1 | -1,623.96 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,210.24

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,316.25 | |
| 401K Er Match | 92.65 | 162.10 |
| 401K Hours | 117.50 | |
| Totl Hrs Worked | 117.50 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA: Married
Exemptions/Allowances:
   PA: N/A

© 1998, 2006 ADP INC All Rights Reserved

▼ TEAR HERE

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 090 |
|---|---|---|---|---|---|
| 0JJ | 001118 | 000041 | | 0000010071 | 1 |

SEQ 000163
SUBURBAN EMERGENCY MEDICAL SERVICES
PO BOX 3339
PALMER, PA 18043-3339

## Earnings Statement  ADP

Period Beginning: 12/19/2021
Period Ending: 01/01/2022
Pay Date: 01/07/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table,$20 Extra
    Withholding

JUAN ANTIGUA
105 WALKER DRIVE
NORTHAMPTON PA 18067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 50.25 | 854.25 | 854.25 |
| Overtime | 25.5000 | 1.25 | 31.88 | 31.88 |
| Holiday | 17.0000 | 20.00 | 340.00 | 340.00 |
| Vacation | 17.0000 | 30.00 | 510.00 | 510.00 |
| **Gross Pay** | | | **$1,736.13** | 1,736.13 |

Your federal taxable wages this period are $1,641.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,736.13 | |
| 401K Er Match | 69.45 | 69.45 |
| 401K Hours | 101.50 | |
| Totl Hrs Worked | 51.50 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status,
  PA:  Married
Exemptions/Allowances:
  PA:  N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -84.56 | 84.56 |
| | Social Security Tax | -103.94 | 103.94 |
| | Medicare Tax | -24.31 | 24.31 |
| | PA State Income Tax | -51.47 | 51.47 |
| | Allen Twp Income Tax | -20.12 | 20.12 |
| | Palmer Twp Local Svc Tax | -2.00 | 2.00 |
| | PA SUI Tax | -1.04 | 1.04 |
| | **Other** | | |
| | Dental | -13.98* | 13.98 |
| | Medical | -43.36* | 43.36 |
| | Roth 401K Ee | -86.81 | 86.81 |
| | Vision | -2.34* | 2.34 |
| | 401K Ee | -34.72* | 34.72 |
| | 401K Loan Paym. | -48.20 | 48.20 |
| | **Net Pay** | **$1,219.28** | |
| | Checking 1 | -1,219.28 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| OJJ | 001118 | 000041 | | 0000510160 | 1 |

SEQ 000194
SUBURBAN EMERGENCY MEDICAL SERVICES
PO BOX 3339
PALMER, PA 18043-3339

**Earnings Statement** ADP

Period Beginning: 12/05/2021
Period Ending: 12/18/2021
Pay Date: 12/23/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
　Federal: Standard Withholding Table, $20 Extra Withholding

JUAN ANTIGUA
105 WALKER DRIVE
NORTHAMPTON PA 18067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | 33,120.04 |
| Overtime | 25.5000 | 17.75 | 452.63 | 13,568.67 |
| Sick | 17.0000 | 5.00 | 85.00 | 1,399.40 |
| Bonus | | | | 550.00 |
| Holiday | | | | 695.76 |
| Holiday Ot | | | | 184.84 |
| Vacation | | | | 1,314.40 |
| **Gross Pay** | | | **$1,897.63** | 50,833.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -104.85 | 2,880.57 |
| | Social Security Tax | -113.95 | 3,057.74 |
| | Medicare Tax | -26.65 | 715.12 |
| | PA State Income Tax | -56.43 | 1,514.11 |
| | Allen Twp Income Tax | -22.06 | 591.84 |
| | PA SUI Tax | -1.14 | 30.50 |
| | Palmer Twp Local Svc Tax | | 52.00 |
| | Other | | |
| | Dental | -13.98* | 363.48 |
| | Medical | -43.36* | 1,090.40 |
| | Roth 401K Ee | -94.88 | 2,541.66 |
| | Vision | -2.34* | 60.84 |
| | 401K Ee | -37.95* | 883.57 |
| | 401K Loan Paym | -48.20 | 1,205.00 |
| **Net Pay** | | **$1,331.84** | |
| | Checking 1 | -1,331.84 | |

Net Check    $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,800.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,897.63 | |
| W2 | 7,196.37 | |
| 401K Er Match | 18.98 | 508.31 |
| 401K Hours | 102.75 | |
| Totl Hrs Worked | 97.75 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
　PA:　　Married
Exemptions/Allowances:
　PA:　　N/A

© 1998, 2006, ADP, INC. All Rights Reserved.

| CO. | FILE | DEPT | CLOCK | VCHR NO. | 000 |
|---|---|---|---|---|---|
| OJJ | 001118 | 000041 | | 0000490066 | 1 |

SEQ 000246
SUBURBAN EMERGENCY MEDICAL SERVICES
PO BOX 3339
PALMER, PA 18043-3339

## Earnings Statement 

Period Beginning:  11/21/2021
Period Ending:     12/04/2021
Pay Date:          12/10/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table,$20 Extra Withholding

JUAN ANTIGUA
105 WALKER DRIVE
NORTHAMPTON PA 18067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1,360.00 | 31,760.04 |
| Overtime | 25.5000 | 17.00 | 433.50 | 13,116.04 |
| Holiday | 17.0000 | 10.00 | 170.00 | 695.76 |
| Holiday Ot | | | | 184.84 |
| Sick | | | | 1,314.40 |
| Vacation | | | | 1,314.40 |
| **Gross Pay** | | | **$1,963.50** | 48,385.48 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,864.55

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,963.50 | |
| 401K Er Match | 19.64 | 483.83 |
| 401K Hours | 107.00 | |
| Totl Hrs Worked | 97.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:        Married
Exemptions/Allowances:
    PA:        N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -112.59 | 2,755.72 |
| | Social Security Tax | -118.04 | 2,909.69 |
| | Medicare Tax | -27.60 | 680.49 |
| | PA State Income Tax | -58.45 | 1,440.79 |
| | Allen Twp Income Tax | -22.85 | 563.18 |
| | Palmer Twp Local Svc Tax | -2.00 | 50.00 |
| | PA SUI Tax | -1.18 | 29.03 |
| | **Other** | | |
| | Dental | -13.98* | 349.50 |
| | Medical | -43.36* | 1,047.04 |
| | Roth 401K Ee | -98.18 | 2,419.28 |
| | Vision | -2.34* | 58.50 |
| | 401K Ee | -39.27* | 834.62 |
| | 401K Loan Paym | -48.20 | 1,108.60 |
| | **Net Pay** | **$1,375.46** | |
| | Checking 1 | -1,375.46 | |
| | **Net Check** | **$0.00** | |

© 1998, 2006, ADP, INC  All Rights Reserved

◀ TEAR HERE

© 2007 ADP, LLC