UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Juan Antiqua  :  Chapter 13

  Debtor  :  Bankruptcy No. 22-10023-pmm

## CONSENT ORDER

AND NOW, this 24th day of February, 2022 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that because this is the Debtor's fourth Chapter 13 bankruptcy filing since 2017, if this case is dismissed for any reason Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within two (2) years without further leave of court from date of dismissal order of case. And it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtor from further filings in accordance with its terms.

Date: February 24, 2022

_____
Scott F. Waterman, Esquire
Chapter 13 Standing Trustee

Date: 2/24/2022

_____
Attorney for Debtor

Date: 2/24/22

_____
Debtor

BY THE COURT:

_____
HON. PATRICIA M. MAYER
BANKRUPTCY JUDGE