Juan Antigua
105 Walker Drive
Northampton, PA  18067

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Juan Antigua<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-10023-PMM |

### PRAECIPE

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on March 31, 2022 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing chapter 13 trustee all creditors.

                                                        Respectfully Submitted

Date: March 01, 2022                                  /s/ Scott F. Waterman
                                                        Scott F. Waterman, Esq.
                                                        Standing Chapter 13 Trustee