United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-10023-pmm

Juan Antigua                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 02, 2022                   Form ID: 152                               Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Antigua, 105 Walker Drive, Northampton, PA 18067-8815 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14666375 | + | GSAA Home Equity Trust 2006-1, Asset-Backed Ceritificate Series, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14666353 | + | GSAA Home Equity Trust 2006-1, Asset-Backed Certif, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14659908 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14659909 | + | PPL Electric, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 14659910 | | Specialized Loan Servicing LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 14673245 | + | U.S. Bank NA, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096 Dallas TX 75261-9096 |
| 14660676 | | U.S. Bank National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14665357 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14659911 | + | Young, Marr, Mallis & Deane, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 02 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14659906 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 02 2022 23:52:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14659907 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 02 2022 23:52:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14660606 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2022 23:59:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14659908 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2022 23:52:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14673245 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2022 23:52:00 | U.S. Bank NA, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14660966 | | Email/Text: amps@manleydeas.com | Mar 02 2022 23:52:00 | US Bank National Association, c/o Alyk L. Oflazian, Esq., Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |

District/off: 0313-4                     User: admin                                    Page 2 of 2
Date Rcvd: Mar 02, 2022                  Form ID: 152                              Total Noticed: 21
TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2022                       Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alyk L Oflazian | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| CAMERON DEANE | |
| | on behalf of Debtor Juan Antigua cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| PAUL H. YOUNG | |
| | on behalf of Debtor Juan Antigua support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor GSAA Home Equity Trust 2006-1  Asset-Backed Certificates Series 2006-1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Juan Antigua

      Debtor(s)

Case No: 22−10023−pmm

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Patricia M. Mayer

, United States Bankruptcy Court 3/31/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading,
PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

30 − 16
Form 152