IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-10023 |
| **Juan Antigua** | : Chapter 13 |
| | : Judge Patricia M. Mayer |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| **U.S. Bank National Association, as Trustee for Home Equity Mortgage Trust Series 2005-5 Home Equity Pass-Through Certificates, Series 2005-5** | : |
| | : Related Document # 6 |
| | : |
| | : |
| Movant, | : |
| vs | : |
| | : |
| **Juan Antigua** | : |
| **Yvette Mojica Antigua** | |
| | |
| **Scott F. Waterman** | |
| Respondents. | |

### ORDER OF COURT

AND NOW, to wit, this  14th  day of   March          , 2022, upon consideration of the foregoing Stipulation for Debtor's Motion to Extend Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

Paul H. Young, Attorney for Debtor and/or Co-Debtor, 3554 Hulmeville Rd., Ste 102, Bensalem, PA  19020, support@ymalaw.com (notified by ecf)

Juan Antigua and Yvette Mojica Antigua, Debtor and/or Co-Debtor, 105 Walker Drive, Northampton, PA  18067 (notified by regular US Mail)