UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　Juan Antigua<br><br><br>　　　　　　Debtor | Chapter 13<br>Bankruptcy No.22-10023-PMM |

CERTIFICATE OF SERVICE

　　I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 18th day of April, 2022, by first class mail upon those listed below:

Juan Antigua
105 Walker Drive
Northampton, PA  18067

**Electronically via CM/ECF System Only:**

YOUNG MARR  & ASSOCIATES
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA  19020

　　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee