# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JUAN ANTIGUA             :   Chapter 13

         Debtor          :

                           :   Bankruptcy No. 22-10023-PMM

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Juan Antigua has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held on **September 15, 2022 at 11:00 a.m., in 4th Floor Courtroom,** United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: August 3, 2022        /s/ Paul H. Young,
                                       PAUL H. YOUNG, ESQUIRE
                                       YOUNG, MARR, MALLIS & ASSOCIATES, LLC
                                       3554 Hulmeville Road, Suite 102
                                       Bensalem, PA 19020
                                       P: 215-639-5297
                                       F: 215-639-1344
                                       support@ymalaw.com