| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-10023-PMM

Juan Antigua  
105 Walker Drive  
Northampton  PA    18067

Petition Filed Date: 01/05/2022  
341 Hearing Date: 03/01/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/15/2022 | $780.93 | 27347096531 | 03/28/2022 | $780.93 | 210147267528 | 04/21/2022 | $780.93 | 27973611494 |
| 05/23/2022 | $780.93 | 27973616747 | 06/22/2022 | $780.93 | 27973622013 | 07/15/2022 | $780.93 | 27973610493 |

**Total Receipts for the Period: $4,685.58    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,685.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,340.99 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $113,903.76 | $0.00 | $0.00 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $1,033.92 | $0.00 | $0.00 |

Chapter 13 Case No. 22-10023-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,685.58 | Current Monthly Payment: | $780.93 |
| Paid to Claims: | $0.00 | Arrearages: | $780.93 |
| Paid to Trustee: | $374.82 | Total Plan Base: | $46,855.80 |
| Funds on Hand: | $4,310.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.