United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10023-pmm |
| Juan Antigua | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Juan Antigua, 105 Walker Drive, Northampton, PA 18067-8815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 27, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor GSAA Home Equity Trust 2006-1  Asset-Backed Certificates Series 2006-1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CAMERON DEANE | on behalf of Debtor Juan Antigua cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor GSAA Home Equity Trust 2006-1  Asset-Backed Certificates Series 2006-1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Juan Antigua support@ymalaw.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 25, 2022 | Form ID: pdf900 | Total Noticed: 1

ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Juan Antigua<br>**Debtor(s)**<br><br>GSAA Home Equity Trust 2006-1, Asset-Backed Certificates Series 2006-1, U.S. Bank National Association, as Trustee<br>**Secured Creditor**<br>vs.<br><br>Juan Antigua<br>**Debtor(s)**<br><br>Scott F. Waterman<br>**Trustee** | CHAPTER 13<br><br><br><br><br><br><br><br>NO. 22-10023 PMM |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Secured Creditor has filed a Proof of Claim on January 28, 2022 for claim number 2-1.

2. Debtor has filed an objection to the Movant's Proof of Claim on August 4, 2022 docket no. (47), the objection shall be resolved by the following manner:

    a). Secured Creditor received a check in the amount of $26,818,97 in Debtor's previous case, Case Number 17-17629 PMM that was received after the automatic stay has been vacated.

    b). Secured Creditor attempted to return said funds, but the check was never cashed. Secured Creditor was still holding onto the check of $26,818.97 awaiting instructions on where to send the funds when the instant bankruptcy case was filed. These funds are not reflected in the Secured Creditor's filed Proof of Claim in this case. Debtor has filed an objection to the Secured Creditor's Proof of Claim seeking application of the funds that were sent after the stay was vacated in the previous bankruptcy case.

3. Secured Creditor shall immediately accept and apply the $26,818.97 that is in current holding. These funds shall be applied to the current pre-petition arrears. Said application shall not be deemed a violation of the automatic stay in this matter.

4. Secured Creditor shall file an Amended Proof of Claim within sixty (60) days of the of the Stipulation reflecting the application of the $26,818.97 to the pre-petition arrears.

5. Debtor shall modify their plan to address the balance of the arrears.

6. Debtor's objection to Secured Creditor's Proof of Claim and Secured Creditor's Objection to the Debtor's current Chapter 13 are hereby resolved.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: October 5, 2022

/s/ Denise Carlon, Esquire
Denise Carlon, Esquire
Attorney for Secured Creditor

Date: 10/19/22

Paul Young, Esquire
Attorney for Debtor(s)

Date: 10/20/22

Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this 24th day of October, 2022. However, the court retains discretion regarding entry of any further order.

**Date: October 24, 2022**

/Patricia M. Mayer/
Bankruptcy Judge
Patricia M. Mayer Judge.