UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Juan Antigua | Bankruptcy No. 22-10023-PMM |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED with prejudice and Debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court FOR A PERIOD OF TWO YEARS.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 5, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE