United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 22-10023-pmm
Juan Antigua                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Jan 05, 2023    Form ID: pdf900    Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Antigua, 105 Walker Drive, Northampton, PA 18067-8815 |
| cr | + | GSAA Home Equity Trust 2006-1, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14666375 | + | GSAA Home Equity Trust 2006-1, Asset-Backed Ceritificate Series, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14659909 | + | PPL Electric, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 14659910 | | Specialized Loan Servicing LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 14660676 | | U.S. Bank National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14659911 | + | Young, Marr, Mallis & Deane, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 06 2023 00:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 06 2023 00:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14659906 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 06 2023 00:24:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14659907 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 06 2023 00:24:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14666353 | ^ | MEBN | Jan 06 2023 00:20:00 | GSAA Home Equity Trust 2006-1, Asset-Backed Certif, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14660606 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2023 00:26:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14659908 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2023 00:24:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14673245 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2023 00:24:00 | U.S. Bank NA, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14665357 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 06 2023 00:24:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14731339 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 06 2023 00:24:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14660966 | | Email/Text: amps@manleydeas.com | Jan 06 2023 00:24:00 | US Bank National Association, c/o Alyk L. Oflazian, Esq., Manley Deas Kochalski, LLC, PO |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Jan 05, 2023 Form ID: pdf900 Total Noticed: 18

Box 165028, Columbus, OH 43216-5028

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

**Name** **Email Address**

ALYK L OFLAZIAN
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor GSAA Home Equity Trust 2006-1  Asset-Backed Certificates Series 2006-1, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CAMERON DEANE
on behalf of Debtor Juan Antigua cdeane@weltman.com
ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor GSAA Home Equity Trust 2006-1  Asset-Backed Certificates Series 2006-1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Juan Antigua support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Juan Antigua

                  Debtor

Chapter 13

Bankruptcy No. 22-10023-PMM

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED with prejudice and Debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court FOR A PERIOD OF TWO YEARS.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 5, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE